IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WANG, | |
| Petitioner, | Case No. 13-cv-03524(DLI) |
| v. | |
| UNITED STATES OF AMERICA | |

**NOTICE OF MOTION TO RECONSIDER
ORDER DISMISSING PETITION WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 60(b) and Local Civil Rule 6.3, and based upon the accompanying Memorandum of Law, Petitioner Joseph Wang respectfully moves this Court to reconsider its dismissal without prejudice of the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 (Dkt. No. 2) (the "Order").

Specifically, Mr. Wang requests that this Court vacate the Order and transfer his Petition to the United States Court of Appeals for the Second Circuit, pursuant to the procedure set out in *Liriano v. United States*, 95 F.3d 119 (2d Cir. 1996) and its progeny, so it may be consolidated with *Wang v. United States*, No. 13-2426 (2d Cir.).

Date: June 24, 2013

Respectfully submitted,

  /s/ Brian J. Fischer_____
Anthony S. Barkow
Brian J. Fischer
Michael W. Ross
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, New York 10022-3908
Telephone: 212-891-1600
Facsimile: 212-909-0815
abarkow@jenner.com
bfischer@jenner.com
mross@jenner.com

*Pro Bono Counsel for Petitioner*