**Exhibit B**

```
                                                                    1

 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - -    X
 3
     UNITED STATES OF AMERICA,    :   90-CR-1019(SJ)
 4
              Plaintiff ,         :
 5                                    United States Courthouse
         -against-                :   Brooklyn, New York
 6
     ROGER KWOK,                  :
 7                                    June 9, 2016
              Defendant.          :   11:00 o'clock a.m.
 8
     - - - - - - - - - - - - -    X
 9
                     TRANSCRIPT OF RESENTENCING
10           BEFORE THE HONORABLE STERLING JOHNSON, JR.
                    UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:          ROBERT L. CAPERS
                                  United States Attorney
14                                BY: DOUGLAS M. PRAVDA
                                  Assistant United States Attorney
15                                271 Cadman Plaza East
                                  Brooklyn, New York
16

17   For the Defendant:           DEBEVOISE & PLIMPTON LLP
                                  919 Third Avenue
18                                New York, NY 10022

19                                BY:  SEAN HECKER, ESQ.

20
     Also Present:                ALAN DREZIN, ESQ.
21

22   Court Reporter:              Charleane M. Heading
                                  225 Cadman Plaza East
23                                Brooklyn, New York
                                  (718) 613-2643
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.



               CMH      OCR      RMR      CRR      FCRR
```

```
 1              THE CLERK:  U.S. versus Roger Kwok.
 2              THE COURT:  Note your appearances.
 3              MR. HECKER:  Sean Hecker, Debevoise & Plimpton, with
 4   Leigh Sylvan for Roger Kwok.  With me at counsel table is Alan
 5   Drezin who was Mr. Kwok's attorney way back when at trial.
 6              MR. PRAVDA:  Good morning, Your Honor.  Doug Pravda
 7   for the United States.
 8              THE PROBATION OFFICER:  Good morning, Your Honor.
 9   Angelica Deniz of United States Probation.
10              THE COURT:  Mr. Kwok, have you read and discussed
11   the presentence report with your lawyer?
12              THE DEFENDANT:  Yes, Your Honor, I have.
13              THE COURT:  Are you ready for sentencing?
14              THE DEFENDANT:  Yes, sir.
15              THE COURT:  Do you wish to say something?
16              THE DEFENDANT:  Do you want me to say something now?
17              THE COURT:  If that is what you wish to do.
18              THE DEFENDANT:  I just want to apologize to the
19   family of Tina Sham and Tommy Mach.  I know I caused them a
20   lot of pain and suffering through the years and there's no
21   amount of words that I can say that adequately expresses my
22   sorrow and remorse for what happened and I wish I was braver
23   that day and had more courage and strong enough and refused to
24   kill them.  And I just, I just want to tell them how sorry I
25   am.
```

1    There's so much that I wanted to say to you, Your
2 Honor, today that I've been keeping through the years that
3 I've wanted to say.  You know, it's hard for me.  After being
4 in prison so long, as a defense mechanism, I've always tried
5 to keep my emotions inside so it's hard for me to stand up
6 here and just say what I really feel.  So can I look at some
7 notes that I have?
8    THE COURT:  Go ahead.
9    THE DEFENDANT:  I just -- I'm so ashamed of what I
10 did and for that, I'm truly sorry and I just want the families
11 to know that.  I don't know how hurt I would be if somebody
12 was to kill my brother.  And he's sitting back there with my
13 father and his wife.
14    I want to apologize to them and the rest of my
15 family also for all the shame and embarrassment that I've
16 brought upon them by what I did.  You know, my parents, they
17 sacrificed a lot to get us out of Cambodia and bring us to the
18 United States and all the opportunities that the United States
19 had to offer and I wasted it and threw it all away because I
20 was young and immature and a selfish, reckless punk.
21    But, you know, I, I can't forgive myself for the
22 pain I caused my mother.  She died in 2009 knowing that her
23 son was still in prison with a life sentence.  I just wish --
24 I know it must have hurt her so much to know that and I just
25 wish that I had a chance to show her how much I've changed and

1   grown as a man.
2           I just want Your Honor to know that I'm not the same
3   person that I was back then.  Your Honor, I've changed and
4   I've grown and I've accepted responsibility for what I've
5   done.  Through the years, I've asked God many times for
6   forgiveness and I know what I did was a horrible sin, the
7   worst kind of sin, and no amount of apologizing could ever
8   make up for what happened.  I can't bring them back, but I've
9   tried to become a better person within myself and change and
10  just grow as a person.
11          I'm just begging for a chance to show you that, you
12  know, that I can make it out there and that I deserve another
13  chance and I'm worthy of another chance.  I want to be able to
14  show you, my family and other people that have believed in me
15  through the years that I have changed, that I've become a
16  better person and I can continue to become a better person
17  every day for the rest of my life.  Hopefully, one day, I can
18  become a source of pride to my family instead of shame.  And
19  I'm just asking you for a chance to try to make a positive
20  impact on society and that I can show you that I can live an
21  honest, law abiding life as a mature and productive member of
22  society, Your Honor.  That's all.
23          Thank you.
24          THE COURT:  Counsel?
25          MR. HECKER:  Your Honor, this is an unusual

1  situation where the Court has in front of it over 25 years of
2  evidence to review to make the core determination about
3  whether Roger Kwok, at 43, is anything remotely like the
4  16 year old who committed heinous murders that he has
5  discussed.  He knows he can't make that right, but in this
6  case, the evidence is very clear that this has become a man
7  who has learned from his experience.  He's internalized it and
8  he has genuinely changed his life around.
9          There are a couple of pieces of evidence in the
10 record that I'm going to refer to briefly.  I know the Court
11 has looked at the record.
12         Alan Drezin is here today because he represented
13 Mr. Kwok at trial and met him when he was a kid.  His letter
14 to the Court describes how Roger Kwok at 17, 18, was the most
15 immature client he had ever had in his career.  He spent
16 20 years on the CJA panel.  What he remembers from that time
17 is that this young man wouldn't listen to him, could not
18 influence him, wouldn't talk to him about the 20 year plea
19 offer he had before trial in a case with overwhelming evidence
20 and wouldn't talk to him when he was offered 25 years.  He
21 wanted to talk about whether he had brought Starbursts to his
22 client meetings.  That's where his head was.
23         The other piece of evidence I would point the Court
24 to is the letter that we have from Frank Pasanetti, the unit
25 manager at Allenwood.  It's unusual because Mr. Pasanetti,

1  Captain Pasanetti had two different experiences with Roger
2  Kwok, one that dates way back to 1992 to '97 -- sorry -- '94
3  to '97 when Mr. Kwok was in Allenwood for the first time.
4         I point to that period because then he was still a
5  young man but no longer a juvenile.  While his record in
6  prison is replete with instances up until December 2008 of
7  drug-related violations -- he turned to heroin, he could tell
8  you about that, as an escape in the context of believing he
9  was going to spend the rest of his life behind bars -- but
10 even then, even in that early period, Captain Pasanetti
11 described him as someone who wasn't sinister.  He was
12 respectful.  He was someone other inmates looked to.
13         Then more importantly, in terms of the process of
14 redemption and change that Mr. Kwok went through over time,
15 his last dirty urine was in December 2008 and he made the
16 decision to make a change and he described for you his mother
17 passing away in 2009 and he entered a program, the special
18 management unit.  When his mother passed away, he was, he had
19 no phone privileges and couldn't call her and that ate him
20 alive and he worked to change his life.  He made it through
21 this special management unit program and Captain Pasanetti saw
22 him again in that context and describes that in his letter and
23 how successful he made it through that program.
24         He got back into the general population and
25 eventually, in 2013, was transferred to a medium security

7

1  institution because he had shown a capacity for change and in
2  each of these places, he's worked productively well with great
3  reviews. That's been true even at the MDC for the last year.
4  You saw his -- we submitted his, the report of his work
5  history there.
6  So, what you have before you, I would submit, is
7  substantial evidence of the ability to someone, for someone to
8  change and the reason that the Supreme Court in <u>Miller</u> and in
9  subsequent cases spoke about the very narrow category of cases
10 that would merit a life sentence constitutionally under the
11 Eighth Amendment, being that small category of cases where you
12 find someone who is irretrievably morally corrupt isn't even
13 close to this case, isn't close to this case.
14 The government has asked, has said that 35 years
15 would be an appropriate sentence and what is clear and the
16 government has been very clear is that's driven, in part, by
17 the sentence that Alex Wong received before Judge Dearie and a
18 concern about unwarranted disparities, but I would submit to
19 the Court that the records are different here and Roger's is
20 better. The circumstances of his offense are different.
21 He wasn't a volunteer for a murder. The gun was put
22 in his hand by a gang leader in a context where he was the
23 newest kid in the gang. After the offense, unlike Alex Wong
24 where there's evidence of repeated incidences of violence,
25 stabbings, up until he was 25 years old, Mr. Kwok has none of

8

1  that violent history.  He has the drug use I described, but he
2  also has eight years of sobriety.  Unlike Alex Wong who is in
3  a maximum security prison and needs a substantial amount of
4  time to transition first to medium security and then,
5  ultimately, to lower security and release, he's been in medium
6  security.  He's done two years in medium security.  He's
7  already earned that through his conduct.  And he's been sober
8  for a long time.  He doesn't need to be in to have drug
9  treatment.
10         We've put before the Court an integration plan that
11 involves him moving back in, if and when he's released, to his
12 family, to his father and his brother and his brother's wife
13 all of whom are in court today and we're working with the
14 Federal Defenders office to make sure that we can try to keep
15 him gainfully employed and I would submit to the Court that
16 there's a good argument to start that process sooner rather
17 than later.
18         In our submission, we asked for 27 to 30 years.  The
19 government has rightly identified that if he's sentenced to
20 28 years, the process of release would basically start now.
21 We think that can work here.  We don't think he needs more
22 time for the purposes of sentencing to be achieved.  We think
23 they've been achieved.  So, we urge the Court to consider the
24 sentence that we asked for in our submission.
25         THE COURT:  Counsel?

9

1    MR. PRAVDA:  Thank you, Your Honor.
2    I want to start by making sure that we don't lose
3 sight of the facts of the underlying crime here because these
4 were two very, very horrible and senseless murders.
5    Mr. Kwok was having a meal with fellow Green Dragon
6 members in a restaurant in Queens in February of 1990 when
7 they saw Tina Sham and her boyfriend Tommy Mach eating in that
8 same restaurant.  Tina Sham had previously testified in a
9 preliminary hearing against two members of the Green Dragons,
10 a gang that Mr. Kwok was a member of, in connection with a
11 State murder prosecution and the Green Dragons wanted to get
12 revenge on her for having testified against them.
13    So, the leader of the Green Dragons ordered Mr. Kwok
14 and three other members of the gang to follow them and to kill
15 them.  So, Mr. Kwok and those three other members of the gang
16 abducted Tina Sham and Tommy Mach in the parking lot of that
17 restaurant in Queens, forced them into their car and drove
18 them 45 miles, -- 45 minutes, I'm sorry, down the Long Island
19 Expressway until they could find a secluded place to kill them
20 and leave the bodies.
21    THE COURT:  Well, they held them for a while after
22 lunch.  They didn't take them out until that evening.
23    Go ahead.
24    MR. PRAVDA:  That's correct, Your Honor.  It wasn't
25 immediate.

1        So, that evening, as Your Honor said, when they got
2   to the secluded place, it was Roger Kwok who tied Tina Sham's
3   hands behind her body and another of his co-conspirators,
4   Aleck Yim did the same for Tommy Mach.  They forced them to
5   kneel on the ground and then Roger Kwok shot them both in the
6   head from the back, execution style, Your Honor.
7        The testimony at trial makes clear that he never
8   offered any resistance.  He never said:  Why am I doing this?
9   Why are you asking me to kill these people?  He never
10  hesitated.  Now, he may not have volunteered to commit the
11  murder the same way that Alex Wong did, but he also offered
12  absolutely no hesitation or remorse in the immediate aftermath
13  of having done that.
14       When Judge Raggi sentenced him, she specifically
15  referred to the testimony of what that time period would have
16  been like for Tina Sham and Tommy Mach in between the time
17  that they were abducted and the time that they were executed.
18       She specifically said, and I quoted this on page 6
19  of the government's brief:  While I find it very difficult to
20  think that someone as young as you could be going to jail for
21  the rest of your life, I cannot shut out of my mind the
22  picture of Tina Sham in a car crying and begging for her life
23  or of Tommy Mach stunned by this whole experience because he
24  didn't know any of you and had no idea what was happening.
25       Tommy Mach had no connection to the Green Dragons.

1   For a while, they believed him to be a member of the rival
2   gang, but that wasn't the case at all.
3          Judge Raggi was asked to depart on the grounds of
4   his immaturity and a lack of youthful guidance and she
5   specifically said, she specifically declined to do that.  And
6   she said:  Part of the purpose of punishment is to make a
7   societal statement about the crime that has been committed and
8   I do not think that I can reflect society's horror about this
9   crime if I grant such a departure.
10          Now, since that time, our understanding of the
11  brain, science behind development of the brain in juveniles
12  have changed and, correspondingly, the law has changed and we
13  recognize that both of those need to be taken into account in
14  resentencing Roger Kwok and as Mr. Hecker said, what the Court
15  is supposed to do is to figure out, based on the evidence that
16  we have before us, whether at the time of the crime,
17  Mr. Kwok's action were reflective of what the Supreme Court
18  had called the transient immaturity of youth or whether they
19  reflect the kind of moral depravity that can't be
20  rehabilitated.
21          The record we have before us, as Mr. Hecker said,
22  comes from 25 years that Roger Kwok has spent in prison since
23  his conviction and while it's certainly nowhere near the
24  violent record that Alex Wong had, it's still not a pretty
25  picture.

1           This is somebody who spent 13 years as a heroin
2  addict while in prison, had some 20 disciplinary violations
3  over 13-year period from 1995 to 2008, during which 13 years
4  he spent about two and a half years in disciplinary
5  segregation.  So --
6           (Pause in the proceedings.)
7           THE COURT:  How do you feel?
8           MS. SYLVAN:  I'm sorry, Your Honor.
9           THE COURT:  Don't be sorry.
10          MS. SYLVAN:  I was starting to black out.  I'm
11 currently pregnant and so that may be what that's stemming
12 from, but I started to kind of, while standing, to black out
13 and I felt that I was going to fall down.
14          THE COURT:  We'll call the nurse.
15          MS. SYLVAN:  Thank you.
16          THE COURT:  Do you want to continue?
17          MR. HECKER:  Yes, Judge.
18          MR. PRAVDA:  Are you okay to proceed?
19          MS. SYLVAN:  Yes.
20          MR. HECKER:  She's okay.
21          MR. PRAVDA:  So, Your Honor, what I was saying was
22 that the disciplinary history is a troubling one, both because
23 of the drug history and because of two instances admittedly
24 from quite some time ago in 1995 and in 1999 when Mr. Kwok was
25 found with weapons in his cell, specifically, multiple shanks.

1  So, the fact that he never had substance abuse treatment while
2  in custody, you know, the fact that he's agreed that he needs
3  mental health counseling, these are all services --
4              THE COURT:  Is he getting substance abuse treatment
5  now?
6              MR. HECKER:  He has not received treatment, Judge.
7  He's been sober and clean since December of '08, but we agree
8  that he should get treatment.  It's really a debate about
9  where that treatment occurs.
10             THE COURT:  Go ahead, Mr. Pravda.
11             MR. PRAVDA:  And we certainly agree that the
12 history, the disciplinary history is much, much better since
13 the end of 2008.  There's no question that he had only one
14 disciplinary violation since then.  Clearly, he's not still
15 suffering from the drug addiction and he's absolutely to be
16 commended for that and that should be reflected in whatever
17 sentence he receives.
18             So, I have to say, as the Court knows, Judge Dearie
19 sentenced Alex Wong to 35 years.  It's certainly true that
20 Mr. Kwok's disciplinary record is better than Mr. Wong's,
21 although given what I've outlined, that's, you know, not a
22 hugs difference.  I would not necessarily agree that the
23 circumstance of the underlying crime reflects any less
24 culpability.
25             He's still accountable for two murders.  Those

1  murders essentially established his position within the Green
2  Dragons and he was able to rise through the hierarchy as a
3  result of those murders to the point where prior to his
4  arrest, he was responsible for running the Green Dragons'
5  apartment in Queens which was the responsibility that was not
6  given to other Green Dragon members.
7       So, for those reasons, we disagree with defense
8  counsel's suggestion that, you know, a sentence in the
9  neighborhood of 28 years would be appropriate and instead
10 submit that something in the neighborhood of what Judge Dearie
11 gave to Alex Wong would be more appropriate.
12      THE COURT:  This case was originally before
13 Judge Raggi.  I think she tried it in 1992 and the defendant
14 was convicted of racketeering, conspiracy to kidnap, murder,
15 conspiracy, kidnap and murder, it was really for two people.
16 She sentenced the defendant to the mandatory minimum,
17 mandatory life without parole at that time.
18      In 2012, the Supreme Court decided <u>Miller versus
19 Alabama</u> and they abolished the minimum mandatory life
20 sentences for juveniles with strong language.  Judge Raggi
21 since that time went to the Second Circuit and this case was
22 sent to me.
23      There was another defendant you mentioned, Alex
24 Wong.  Is that his name?
25      MR. PRAVDA:  Yes.

1    THE COURT: He was sent to Judge Dearie.
2    I have received numerous submissions and heard the
3 oral arguments. It seems that everyone agrees that and I must
4 take note of the fact that the person who committed these
5 murders when he was 16 years old is a different person who is
6 standing before me at this particular time, but like
7 Judge Raggi, I cannot get it out of my mind what it must have
8 been like that particular day when Tina Sham leaves the
9 restaurant with her boyfriend, Tommy Mach, and she is accosted
10 by a group of thugs with guns and is kidnapped and she is
11 taken to some location not knowing who these people are, what
12 she did, but she knows she is a captive.
13    Then there came the time when they drove out
14 somewhere in Long Island. They went to a wooded area, hands
15 were tied behind their backs, Tina and her boyfriend were made
16 to kneel and I imagine what was going through their minds.
17 Did she cry? Did she beg for her life? Did she ask for
18 forgiveness? Did she pray? What did she do?
19    I also think when that person put two pounds of
20 pressure on that trigger and shot one of the victims, I said
21 to myself who was the first one to receive that bullet. Was
22 it Tina? Was it her boyfriend Tommy Mach? The person was
23 still alive after the first shot. What were they thinking?
24 Did they cry? Did they beg? What did they do? I heard the
25 defendant beg for forgiveness? And that word, "beg" for

1  forgiveness, I wonder what it was like for Tina and Tommy.
2           You mentioned Wong.  He was before a different judge
3  and he received 35 years, but I take into consideration that
4  Alex Wong did some murders and we have a victim impact
5  statement.  I read that statement and that statement said she
6  forgave Wong and she left it up to God and to the judge to
7  render what sentence he thought was appropriate.  Judge Dearie
8  thought that what was appropriate was 35 years.
9           Originally, sentence was scheduled but I ordered the
10 government to locate any relatives or friends for victim
11 impact statements for this defendant and I received a victim's
12 impact statement from a cousin, Dorothy Chan.  Is it Chan?
13          MR. PRAVDA:  Chan.  That's correct.
14          THE COURT:  Yes.  And in a very moving letter, and
15 she wasn't as conciliatory as the victims in Alex Wong's case,
16 she talked about the pain that she and her relatives and
17 family still face.  She says that time does not dilute the
18 pain and she is deadly set against Mr. Kwok receiving any time
19 at all.  So, we are talking apples and oranges.
20          The toughest part of this job that I have is this:
21 Sentencing.  What do you do?  What is fair?  I don't know.
22 You do the best that you can.
23          I agree that he is a changed person.  At
24 sixteen years old, he is going to execute two people he does
25 not even know, does not even know what he is doing.

1  Twenty-five years later, he stands before me.  He does not
2  know me and wonders what is going to happen to him.
3          Well, like I said, I have the submissions, I have
4  the factors of 3553(a) and I have the oral arguments.  I am
5  going to impose a sentence that I think is sufficient, but not
6  greater than necessary to meet the ends of the statute.  As I
7  said, I agree that he is a changed person, but I also take
8  into consideration what it was for Tina and Tommy Mach.
9          I think a sentence that is sufficient but not
10 greater than necessary is 37 years, 444 months.  A $100
11 special assessment for each count.  I impose the same
12 conditions that was imposed by Judge Raggi except for the
13 37 years.
14         I wish you well.
15         THE DEFENDANT:  Thank you, Your Honor.
16         MR. PRAVDA:  Your Honor, I apologize.  Could you
17 also please advise the defendant of his appellate rights?
18         THE COURT:  You have a right to appeal this
19 sentence.
20         He has already appealed the conviction, but he has a
21 right to appeal my sentence.
22         MR. PRAVDA:  Only the sentence.  That's correct.
23         THE COURT:  Right.  Okay.
24         MR. PRAVDA:  Thank you, Your Honor.
25         (Matter concluded.)